NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUKE T. WEST,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2019-2415

---

Appeal from the United States Court of Federal Claims in No. 1:17-cv-02052-LKG, Judge Lydia Kay Griggsby.

---

## JUDGMENT

---

CLAIBORNE W. BROWN, Claiborne W. Brown, L.L.C., Mandeville, LA, argued for plaintiff-appellant.

WILLIAM PORTER RAYEL, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee.  Also represented by JEFFREY B. CLARK, STEVEN JOHN GILLINGHAM, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 10, 2021 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |